AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

|  |  |  |
|---|---|---|
| United States of America | ) | Case: 1:23-mj-162 |
| v. | ) | Assigned To: Magistrate Judge Zia M. Faruqui |
|  | ) | Date: 7/12/2023 |
| Richard Markey | ) | Description: Complaint with Arrest Warrant |
| DOB: ▮▮▮▮ | ) |  |
|  | ) |  |
|  | ) |  |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|

18 U.S.C. § 111(a)(1) and 111(b) - Assaulting a Federal Officer Civil Disorder With a Deadly or Dangerous Weapon,

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder,

18 U.S.C. § 1752(a)(1) - Entering or Remaining in a Restricted Building or Grounds Without Lawful Authority,

18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in a Restricted Building or Grounds,

18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds,

40 U.S.C. § 5104(e)(2)(D) - Disorderly or Disruptive Conduct in a Capitol Building,

40 U.S.C. § 5104(e)(2)(E) - Obstructing or Impeding Passage Within or Through a Capitol Building,

40 U.S.C. § 5104(e)(2)(F) - Violent Conduct in a Capitol Building.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

▮▮▮▮▮▮▮▮▮▮▮▮

*Complainant's signature*

▮▮▮▮▮▮▮▮▮▮▮▮

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ___07/12/2023___

_____
*Judge's signature*

City and state: _____Washington, D.C._____

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*