AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.

Richard Markey

)
)
)
)
)
)
)

Case: 1:23-mj-162
Assigned To: Magistrate Judge Zia M. Faruqui
Date: 7/12/2023
Description: Complaint with Arrest Warrant

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Richard Markey__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) and 111(b) - Assaulting a Federal Officer Civil Disorder With a Deadly or Dangerous Weapon; 18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1) - Entering or Remaining in a Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly or Disruptive Conduct in a Capitol Building,
40 U.S.C. § 5104(e)(2)(E) - Obstructing or Impeding Passage Within or Through a Capitol Building,
40 U.S.C. § 5104(e)(2)(F) - Violent Conduct in a Capitol Building.

Date: __07/12/2023__

2023.07.12 15:25:00 -04'00'

*Issuing officer's signature*

City and state: __Washington, D.C.__     Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* __7/12/23__, and the person was arrested on *(date)* __7/17/23__
at *(city and state)* __Wolcott, CT__.

Date: __7/17/23__

TFO
*Arresting officer's signature*

Task Force Officer Sean Brennan FBI New Haven
*Printed name and title*