UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No.: 23-MJ-162 |
| v. | : | |
| RICHARD MARKEY, | : | |
| | : | |
| Defendant. | | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Julie M. Bessler, who may be contacted by telephone at (202) 809-1747 or e-mail at JBessler@usa.doj.gov. This is notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

Sincerely,

*/s/ Julie M. Bessler*
Julie M. Bessler
PA Bar No. 328887
Assistant United States Attorney
 601 D Street, N.W.
Washington, D.C.
 Phone: (202) 809-1747

**CERTIFICATE OF SERVICE**

On this 25th day of July 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Julie M. Bessler*
Julie M. Bessler
Assistant United States Attorney